IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENERGY SECURITY OF AMERICA CORP. and ALBERT CALDERDON, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08-373C (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of 28-days, from July 22, 2008 through and until August 19, 2008, to file a response to the plaintiffs' complaint. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has discussed this request with Reina Calderon, counsel for plaintiffs, who stated that they do not oppose this motion.

Upon receipt of the complaint, we forwarded to the Department of Energy ("DOE") a request for a litigation report. Although DOE has provided us with some preliminary information, it has not provided us a litigation report. Additionally, in recent weeks defendant's counsel has not been able to devote substantive time to this matter because he has been required to work on briefs or arguments on the following dates: June 9, 2008, an informal brief in Kluge v. Office of Personnel Management, Fed. Cir. No. 2008-3189; June 13, 2008, an informal brief in Cirella v. Department of Treasury, 2008-3218 and a reply brief for a motion to dismiss in Akins v. United States, Fed. Cl. No. 08-136; June 20, 2008, an answer in Cooley v. United States, Fed. Cl. No. 06-284; June 26, 2008, mediation of a non-Contract Disputes Act contract dispute involving nine plaintiffs that has not yet been filed in this court; June 27, 2008, a motion to

dismiss in Hallmark Capital v. United States, Fed. Cl. No. 08-356; July 7, 2008, argument for the motion to dismiss in Akins and a reply brief for a motion to dismiss in Acceptance Ins. Cos. v. United States, Fed. Cl. No. 03-2794; and July 9, 2008, argument in Abbs v. Department of Veterans Affairs, Fed. Cir. No. 2007-7160. In addition, defendant's counsel is scheduled to argue the motion to dismiss in Acceptance Ins. Cos. on July 17, 2008. Defendant's counsel is also attempting to take leave during the week of July 21, 2008.

Accordingly, defendant requests that the Court grant this motion for an enlargement of time of 28-days.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 353-1618
Fax: (202) 514-8624

July 14, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 14th day of July, 2008, a copy of the foregoing motion for enlargement was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell